# IN THE SUPREME COURT OF THE STATE OF NEVADA

EFREN MENENDEZ; YOAN HENRRY AQUILA-LLABONA; AND DARION RODRIGUEZ BRIONES,
Appellants,
vs.
CLINT WALKER; AND CENTRAL TELEPHONE COMPANY,
Respondents.

No. 79854

**FILED**

DEC 24 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed in this court on October 23, 2019, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Susan Johnson, District Judge
Bourassa Law Group, LLC
Ranalli Zaniel Fowler & Moran, LLC/Henderson
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

19-51949